UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF STATE, <br><br> Defendant. | Civil Action No. 18-0968 (TSC) |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order dated March 4, 2019, the parties provide the following status report to apprise the Court of their progress toward resolving this Freedom of Information Act ("FOIA") case, in which Plaintiffs seek, among other things, records of communications between certain former State Department officials and British national Christopher Steele or his company.

Since the parties' last status report on January 13, 2020 (*see* ECF No. 19), State has made two additional productions to Plaintiff on February 12, 2020, and February 20, 2020.  State has made a total of 17 productions of responsive, non-exempt records to Plaintiff in this action.  As a result of these productions, State has now completed its processing of Plaintiff's request.

In light of State's completion of productions, the parties intend to confer regarding whether Plaintiff has identified any issues with respect to State's productions.  The parties will attempt in good faith to resolve any issues without the need for any judicial determinations.  To the extent any judicial determinations are required, the parties will propose a briefing schedule to the Court.  In any event, pursuant to the Court's March 4, 2019 Order, the parties will file another status report no later than May 12, 2020.

Dated: March 13, 2020              Respectfully submitted,

                          By:      *s/ Michael Bekesha*
                                   Michael Bekesha
                                   D.C. Bar No. 995749
                                   JUDICIAL WATCH, INC.
                                   425 Third Street SW, Suite 800
                                   Washington, DC 20024
                                   Phone: (202) 646-5172

                                   *Counsel for Plaintiffs*

                                   TIMOTHY J. SHEA, D.C. Bar. No. 437437
                                   United States Attorney

                                   DANIEL F. VAN HORN, D.C. Bar No. 924092
                                   Chief, Civil Division

                          By:      /s/   Christopher C. Hair
                                   CHRISTOPHER C. HAIR, PA Bar No. 306656
                                   Assistant United States Attorney
                                   555 Fourth Street, N.W.
                                   Washington, D.C. 20530
                                   (202) 252-2541
                                   christopher.hair@usdoj.gov

                                   *Counsel for Defendants*