UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF STATE, <br><br> Defendant. | Civil Action No. 18-0968 (TSC) |

### JOINT STATUS REPORT

Pursuant to the Court's Minute Order dated March 4, 2019, the parties provide the following status report to apprise the Court of their progress toward resolving this Freedom of Information Act ("FOIA") case, in which Plaintiffs seek, among other things, records of communications between certain former State Department officials and British national Christopher Steele or his company.

As previously reported by the parties (*see* ECF No. 20), State completed its processing of Plaintiff's FOIA request on February 20, 2020.  On March 25, 2020, Plaintiff requested that State provide a *Vaughn* index of certain withholdings.  However, due to the impact on government operations caused by the COVID-19 (coronavirus) pandemic, State is currently unable to access records relevant to this litigation.  These records are stored on a State classified computer network, which is accessible only from a Department workplace.  Because State employees responsible for processing FOIA requests are currently working remotely due to the pandemic, they cannot access these records until they are able to safety return to the office.

In light of the above, the parties intend to further confer regarding updates on the status of State's operations and the timeframe for providing a *Vaughn* index.  Accordingly, the parties

respectfully request that the parties be permitted to file another status report by July 13, 2020.

Dated: May 12, 2020	Respectfully submitted,

         By: *s/ Michael Bekesha*
           Michael Bekesha
           D.C. Bar No. 995749
           JUDICIAL WATCH, INC.
           425 Third Street SW, Suite 800
           Washington, DC 20024
           Phone: (202) 646-5172

           *Counsel for Plaintiffs*

           TIMOTHY J. SHEA, D.C. Bar. No. 437437
           United States Attorney

           DANIEL F. VAN HORN, D.C. Bar No. 924092
           Chief, Civil Division

         By: /s/   *Christopher C. Hair*
           CHRISTOPHER C. HAIR, PA Bar No. 306656
           Assistant United States Attorney
           555 Fourth Street, N.W.
           Washington, D.C. 20530
           (202) 252-2541
           christopher.hair@usdoj.gov

           *Counsel for Defendants*